Michael L. Kirby (50895)
  mkirby@knlh.com
Micaela P. Banach (226656)
  mbanach@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California  92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Michael V. Kell (Pro Hac Vice)
  mkell@howardandHoward.com
David C. Van Dyke (294892)
  dvd@h2law.com
Michael O. Fawaz (Pro Hac Vice)
  mof@h2law.com
**HOWARD & HOWARD**
450 West Fourth Street
Royal Oak, MI  48067-2557
Telephone:  (248) 645-1483
Facsimile:  (248) 645-1568

Attorneys for Wright Medical Technology, Inc.

Brian J. Panish (116060)
  panish@pshlaw.com
Peter Kaufman (269297)
  kaufman@psblaw.com
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA  90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KOOROS SHIMY, individually; MARSHA SHIMY, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation; ADVANCED SURGICAL DEVISES, INC., a | Case No. 2:14-cv-04541 CAS (RZx) <br><br> **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION** <br><br> JUDGE:   Christina A. Snyder <br> DEPT.:     5 <br><br> TRIAL:    March 22, 2016 |

California Corporation; WILLIAM ZUROWSKI, an individual; and DOES 1 through 50,

    Defendants.

TO THE COURT AND TO ALL PARTIES APPEARING OF RECORD:

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly move to dismiss this action with prejudice in its entirety. Each party to bear their respective costs, including any possible attorney fees or other expenses of litigation.

DATED: February 24, 2016  Respectfully submitted,

           PANISH SHEA & BOYLE LLP


           By: */s/Peter Kaufman*
              Peter Kaufman
              Attorneys for Plaintiff

DATED: February 24, 2016  KIRBY NOONAN LANCE & HOGE LLP


           By: */s/Micaela P. Banach*
              Micaela P. Banach
              Attorney for Defendants

# PROOF OF SERVICE

DEPT: 5
JUDGE: Christina A. Snyder

*Shimy v. Wright Medical Technology, Inc., et al.*
U.S.D.C. Central District of California Case No. 2:14-cv-04541 CAS (RZx)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On February 24, 2016, at San Diego, California, I served the following document(s) described as **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION** on the parties in said action as follows:

| | |
|---|---|
| Brian Panish (116060)<br> panish@psblaw.com<br>Peter Kaufman (269297)<br> kaufman@psblaw.com<br>Erika Contreras (260230)<br> contreras@psblaw.com<br>PANISH SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA  90025<br>Ph: 310-477-1700<br>Fx: 310-477-1699 | Attorneys for Plaintiffs KOOROS SHIMY and MARSHA SHIMY |

☒ **ELECTRONIC TRANSMISSION:**  I filed the foregoing document with the Clerk of Court for the U.S. District Court Central District of California, using the Electronic Case Filing ("ECF") system of the Court.  The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **FEDERAL COURT:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2016, at San Diego, California.

*/s/Micaela P. Banach*