# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KOOROS SHIMY, individually; MARSHA SHIMY, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation; ADVANCED SURGICAL DEVISES, INC., a California Corporation; WILLIAM ZUROWSKI, an individual; and DOES 1 through 50, <br><br> Defendants. | Case No. 2:14-cv-04541 CAS (RZx) <br><br> **[PROPOSED] ORDER RE JOINT MOTION TO DISMISS ENTIRE ACTION** <br><br> JUDGE: Christina A. Snyder <br> DEPT.: 5 <br><br> TRIAL: March 22, 2016 |

On February 24, 2016, the parties jointly submitted a Joint Motion for Dismissal to the Court.  Accordingly, the matter is dismissed with prejudice in its entirety.  Each party to bear their respective costs, including any possible attorney fees or other expenses of litigation.

DATED: _____

United States District Judge

# PROOF OF SERVICE

DEPT:    5
JUDGE:   Christina A. Snyder

*Shimy v. Wright Medical Technology, Inc., et al.*
U.S.D.C. Central District of California Case No. 2:14-cv-04541 CAS (RZx)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On February 24, 2016, at San Diego, California, I served the following document(s) described as **[PROPOSED] ORDER RE JOINT MOTION TO DISMISS ENTIRE ACTION** on the parties in said action as follows:

| | |
|---|---|
| Brian Panish (116060)<br> panish@psblaw.com<br>Peter Kaufman (269297)<br> kaufman@psblaw.com<br>Erika Contreras (260230)<br>  contreras@psblaw.com<br>PANISH SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA  90025<br>Ph: 310-477-1700<br>Fx: 310-477-1699 | Attorneys for Plaintiffs KOOROS SHIMY and MARSHA SHIMY |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the U.S.D.C. Central District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2016, at San Diego, California.

*/s/ Micaela P. Banach*