# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOOROS SHIMY, individually; MARSHA SHIMY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation; ADVANCED SURGICAL DEVISES, INC., a California Corporation; WILLIAM ZUROWSKI, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:14-cv-04541 CAS (RZx)<br><br>[PROPOSED] ORDER RE JOINT MOTION TO DISMISS ENTIRE ACTION<br><br>JUDGE:   Christina A. Snyder<br>DEPT.:    5 |

On February 24, 2016, the parties jointly submitted a Joint Motion for Dismissal to the Court. Accordingly, the matter is dismissed with prejudice in its entirety. Each party to bear their respective costs, including any possible attorney fees or other expenses of litigation.

DATED: February 25, 2016

*Christina A. Snyder*
Christina A. Snyder
United States District Judge